**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 13 2016 ★

BROOKLYN OFFICE

# JACOB LAUFER P.C.
65 BROADWAY
SUITE 1005
NEW YORK, NEW YORK 10006

JACOB LAUFER*

SHULAMIS PELTZ
MARK ELLIS
ZAHAVA SILVERMAN

TELEPHONE (212) 422-8500

FAX (212) 422-9038

* Also admitted in the District of Columbia

June 9, 2016

**VIA FAX**
(718) 613-2426
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Application to order the minutes is granted.
SO ORDERED
s/Frederic Block
USDJ 6/9/16

Re: *United States ex rel. Mooney v. Americare, Inc. et al.,*
06 Civ. 1806 (FB)(PK)

Dear Judge Block,

Our firm recently requested a copy of the minutes of the proceeding held before Your Honor on May 18, 2016 in the above-captioned matter. Although there is no indication that these minutes are sealed, the court reporter, Ms. Sherry Bryant, advised that we should make application to Your Honor for permission to permit us to order those minutes.

Respectfully submitted,

/s/ Jacob Laufer
JACOB LAUFER

cc: Sherry Bryant, Official Court Reporter (via email)
United States District Court - Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1832
Sbryant102@verizon.net